Commissioner Gwen Mosely,

**AFFIDAVIT**

10/07/14

To: Whom it may concern,

I am an inmate who fears for his life. I am being beaten by the same shift of officers every time I get out of lockup. The first time was a situation with a "dirty dope dealing" correctional officer named Fishback who is bringing alot of "ice" and "marijuana" into the prison and has alot of power in the prison. I told the Administration about the situation and had an investigation done and they let me out of lockup (The Warden). I didn't have to sign any kind of "peace-agreement" forms with the officer or nothing. When they released me, they released me to a dorm where the malicious officer works everyday. I have filled out 1983 forms against the officer and I have talked to all the Wardens, I+I, free world lawyers, the Administration, and everybody I can talk to about the situation. The officer sprayed me unconstitutionally and had me placed in lockup for 2 months, being bit by spiders, wasting precious time, had me missing trade school that I had been attending for a full year and put a false charge on me, saying that I assaulted him. The officer did what he did in front of a whole bunch of witnesses. By the officer having so much power bringing in all the dope, the witnesses were afraid for their life to testify, but they wrote affidavits on what they saw. In the meantime, The Warden let me out of lockup into a dorm where the officer constantly "picked" on me. He gave my mail to other inmates, he harassed me, He told me he would get me for telling administration what he did. So, one night another situation happened and he used his chance to get me back through another 1 of his malicious shift workers who like to beat up old inmates. (The Supervisor LT. Carter has a shift of Vigilante Correctional officers who beats up inmates if they blink wrong and it has gotten bad lately. They beat you up and put a false charge on you to cover it up and getaway with assaulting inmates.) He teased his officer a day or two earlier that I was the one who filed a lawsuit on him and teased him up to beat me up. Anyway that night the malicious officers partner beat me up unconstitutionally then the whole shift beat me up. They walked me up to the infirmary and

corner and the LT. told them to "stop" right here and they beat me up real bad again, knocked my teeth out of my mouth, deformed my lip (which I hadn't had medical attention for yet) slammed my face to the concrete, stomped on me, spit on me and laughed all while I was handcuffed and already sprayed with mase. I had 1 eye sprayed with mase the 1st time they beat me, so I could see out of 1 eye, when I opened my eye, I seen the LT. Carter punching me in my mouth knocking my teeth out shouting that he was the "baddest man in the prison, cant an officer fill his shoes" and that if he ever hear anything "said" about what he just did, he would "come in my cell at 3:00 am in the morning and do this again". I am afraid for my life because he has been known to do what he say he will do. They know people cant afford lawyers so they do vigilante stuff and get away with it, but I am trying to tell everybody I can tell about this stuff because they are messing peoples lives up by giving them assault charges. They have me in fear for my life and I dont even want to go back to population cause they are beating on me like I have a "hit" on me. I got beat by a whole shift 2 times in 1 night. and 1 time another night in a two month time period, both times I did not flinch at an officer. Either way. I am requesting an Emergency Transfer before these officers kill me. I have 2 assaults in my jacket and the Warden knows that I havent earned these assaults. Could you please investigate this matter and get me away from here. The dope matter, I would be happy to talk to any one about it. Please help me. I have filed civil suits on these Vigilantes also. I tried to tell LT. Carter what was happening and he maliciously beat me for trying to tell him what went on.

Arlo Townsend 182194
A-23 ST. CLAIR CORRECTIONAL

P.S. [the officer said ~~because they are tampering with my mail.~~]

SWORN TO AND SUBSCRIBED TO before me on this  16  day of October , 2014.

_____
NOTARY PUBLIC

My Commission Expires:  9/18/18

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

In the United States District Court For the Northern District

FILED
2014 OCT 22 P 12: 11
U.S. DISTRICT COURT
N.D. OF ALABAMA

ARLO Townsend

V.

(Leuitenant) Ronald Carter, (COI) Joey Fishback (COI) Brandon Burns (COI) Bryan Burke (COI) McQUEEN (SGT) Hamilton (COI) LUKIMA, (COI) STORY

Order to show cause for Preliminary Injunction and Temporary Temporary Restraining Order

Civil Action No. ___

Upon the complaint, supporting affidavits of plaintiffs sworn to the ___ day of October 2014, and the memorandum of law submitted herewith, it is:

**ORDERED** that the above named defendants show cause in room ___ of the United States Courthouse, 1729-5th Ave. North Birmingham Alabama 35203-2040, on the day of October 2014 at ___ o'clock, or as soon thereafter as counsel may be heard, why preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents, and employees, and all other persons acting in concert and participation with them, from Every officer who took part in the assault and beating of myself that are working on that shift under LT. Carter's supervision.

**IT IS FURTHER ORDERED** that personal service of a copy, effective immediately and pending the hearing and determination of this order to show cause, the defendants (LT) Ronald Carter, Joey Fishback, Brandon Burns, ~~Bryan Burke~~, McQueen, (SGT) Hamilton, LUKIMA, STORY and each of their officers, agents, employees, and all persons acting in concert or participation with them, are restrained from Plaintiff Arlo Townsend.

**IT IS FURTHER ORDERED** that personal service of a copy of this letter and order and annexed affidavit upon the defendant(s) or his counsel on or before, 10-14-14, shall be deemed good and sufficient service thereof.

DATED:
_____
UNITED STATES DISTRICT JUDGE