FILED
2019 May-09  AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE  DIVISION

| | | |
|---|---|---|
| **ARLO TOWNSEND,** | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **CIVIL ACTION NO.:** |
| | ] | **4:14-CV-1879  KOB** |
| | ] | |
| **RONALD CARTER and BRANDON** | ] | |
| **L. BURNS,** | ] | |
| **Defendants.** | ] | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before  **Wednesday, August 7, 2019,** that final settlement documentation could not be completed.

DONE and ORDERED this 9th day of May, 2019.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE